# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

FREDRICK LEE GIBBS                                                                                          PETITIONER
Reg #14953-002

v.                                              2:17CV00152-JLH

GENE BEASLEY, Warden                                                                                      RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Petitioner's cause of action (Doc. No. 1) is DISMISSED without prejudice.

DATED this 7th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

1