IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FREDRICK LEE GIBBS                                              PETITIONER
Reg #14953-002

v.                              No. 2:17CV00152-JLH

GENE BEASLEY, Warden                                            RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

DATED this 7th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE